IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD WOOK SUNG PARK,<br><br>  Defendant. / | No. CR 05-0375 SI<br>No. CV 10-04801 SI<br><br>**JUDGMENT** |

The motion by defendant Park to vacate, set aside or correct a sentence pursuant to 28 U.S.C. Section 2255, claiming ineffective assistance of counsel, has been denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 9, 2011

SUSAN ILLSTON
United States District Judge