**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0375 SI |
| Plaintiff, | No. CV 10-04801 SI |
| v. | **JUDGMENT** |
| EDWARD WOOK SUNG PARK, | |
| Defendant. | |

The motion by defendant Park to vacate, set aside or correct a sentence pursuant to 28 U.S.C. Section 2255, claiming ineffective assistance of counsel, has been denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 9, 2011

SUSAN ILLSTON
United States District Judge